FILED
CLERK, U.S. DISTRICT COURT
11/2/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FERES JERIES RABADI,<br><br>　　　　Defendant. | CR   2:22-cr-00507 -FWS<br><br>I N D I C T M E N T<br><br>[26 U.S.C. § 7206(1): Subscribing to a False Tax Return] |

The Grand Jury charges:

COUNT ONE

[26 U.S.C. § 7206(1)]

On or about August 18, 2016, in Los Angeles County, within the Central District of California, defendant FARES JERIES RABADI willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for the calendar year 2015, which defendant RABADI verified by written declaration that it was made under the penalties of perjury, and caused that tax return to be filed with the Internal Revenue Service, knowing it to contain false information as to a material matter.  Specifically, defendant RABADI falsely claimed on line 22 that his total income for that year was

$90,199, when, in fact, as defendant RABADI then knew, his total income was substantially higher than that amount.

COUNT TWO

[26 U.S.C. § 7206(1)]

On or about August 29, 2017, in Los Angeles County, within the Central District of California, defendant FARES JERIES RABADI willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for the calendar year 2016, which defendant RABADI verified by written declaration that it was made under the penalties of perjury, and caused that tax return to be filed with the Internal Revenue Service, knowing it to contain false information as to a material matter.  Specifically, defendant RABADI falsely claimed on line 22 that his total income for that year was $78,977, when, in fact, as defendant RABADI then knew, his total income was substantially higher than that amount.

COUNT THREE

[26 U.S.C. § 7206(1)]

On or about October 11, 2018, in Los Angeles County, within the Central District of California, defendant FARES JERIES RABADI willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for the calendar year 2017, which defendant RABADI verified by written declaration that it was made under the penalties of perjury, and caused that tax return to be filed with the Internal Revenue Service, knowing it to contain false information as to a material matter.  Specifically, defendant RABADI falsely claimed on line 22 that his total income for that year was $38,810, when, in fact, as defendant RABADI then knew, his total income was substantially higher than that amount.

COUNT FOUR

[26 U.S.C. § 7206(1)]

On or about October 29, 2019, in Los Angeles County, within the Central District of California, defendant FARES JERIES RABADI willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for the calendar year 2018, which defendant RABADI verified by written declaration that it was made under the penalties of perjury, and caused that tax return to be filed with the Internal Revenue Service, knowing it to contain false information as to a material matter.  Specifically, defendant RABADI falsely claimed on line 6 that his total income for that year was

///

///

///

$42,999, when, in fact, as defendant RABADI then knew, his total income was substantially higher than that amount.

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics,
Money Laundering, and
Racketeering Section

BRITTNEY M. HARRIS
Assistant United States Attorney
Deputy Chief, International
Narcotics, Money Laundering, and
Racketeering Section

6